JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRANGE MUSIC INC., a Missouri Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>STRANGE WORLDWIDE, LLC, a California Limited Liability Company; and Does 1–10.<br><br>　　　Defendants. | Case No. 2:20-cv-10106-MWF (ASx)<br><br>**JUDGMENT UPON SETTLEMENT AGREEMENT** |

On March 31, 2023, this Court determined that an enforceable contract had been entered into by the Parties and ordered them to finalize the settlement terms outlined therein. The Court has reviewed the proposed terms and **ADOPTS** for the Parties the sealed Final Settlement Agreement issued on March 26, 2025.

Accordingly, the Court **DISMISSES** *with prejudice* the above-captioned action and **HEREBY ENTERS JUDGMENT** in this matter pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Court shall maintain continuing jurisdiction to enforce this Agreement to the full extent authorized by law.

**IT IS SO ORDERED.**

Dated: March 26, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge